**20-2047-MJ-OTAZO-REYES**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE CARLOS GARCIA-MONTERO | ) | Case No. 19-cr-256-RM |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSE CARLOS GARCIA-MONTERO, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(vii), conspiracy to manufacture more than 100 marijuana plants

Date: 05/23/2019

s/ C. Thompson Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 19-cr-256-RM |
| CLAUDIA GONZALEZ-CAMEJO | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CLAUDIA GONZALEZ-CAMEJO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(vii), conspiracy to manufacture more than 100 marijuana plants;
21 U.S.C. §§ 856(a)(1) and (b), maintaining a premises for manufacturing marijuana.

Date: 05/23/2019

s/ C. Thompson Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

20-2047-MJ-OTAZO-REYES

FILED BY YR D.C.

Jan 13, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-cr-256-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PEDRO HERNANDEZ-ADAN,
2. JOSE CARLOS GARCIA-MONTERO,
3. YURIEM GARCIA-HERNANDEZ,
4. CLAUDIA GONZALEZ-CAMEJO,
5. JOSE DIEGO GONZALEZ,
6. BARBARITA ADAN-MOLINA, and
7. MARIA SANTANA,

    Defendants.

---

**INDICTMENT**

---

    The Grand Jury charges:

### COUNT 1

    From a time unknown but not later than on or about May 9, 2016, through on or about May 23, 2017, in the State and District of Colorado, the defendants, PEDRO HERNANDEZ-ADAN, JOSE CARLOS GARCIA-MONTERO, YURIEM GARCIA-HERNANDEZ, CLAUDIA GONZALEZ-CAMEJO, JOSE DIEGO GONZALEZ, BARBARITA ADAN-MOLINA, MARIA SANTANA, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and

agree, with interdependence, to distribute and possess with the intent to distribute and manufacture marijuana, specifically 100 marijuana plants and more, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 6, 2016, in the State and District of Colorado, the defendants, PEDRO HERNANDEZ-ADAN, JOSE CARLOS GARCIA-MONTERO, and YURIEM GARCIA-HERNANDEZ, and others known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 3

From a time unknown up to and including on or about March 22, 2017, in the State and District of Colorado, the defendant, PEDRO HERNANDEZ-ADAN, and others known and unknown to the Grand Jury, did unlawfully and knowingly use and maintain a place located at 1172 Vista Oaks Drive, Colorado Springs, Colorado, for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 4

From a time unknown up to and including on or about March 22, 2017, in the State and District of Colorado, the defendant, PEDRO HERNANDEZ-ADAN, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute, and manufacture marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 5

From a time unknown up to and including or about March 3, 2017, in the State and District of Colorado, the defendant, JOSE DIEGO GONZALEZ, and others known and unknown to the Grand Jury, did unlawfully and knowingly use and maintain a place located at 7612 Greenough Road, Peyton, Colorado, for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 6

From a time unknown up to and including on or about March 3, 2017, in the State and District of Colorado, the defendant, JOSE DIEGO GONZALEZ, and others known and unknown to the Grand Jury, did knowingly and intentionally manufacture 50 plants and more of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7

On or about March 3, 2017, in the State and District of Colorado, the defendant, JOSE DIEGO GONZALEZ, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 8

From a time unknown up to and including on or about March 3, 2017, in the State and District of Colorado, the defendant, YURIEM GARCIA-HERNANDEZ, and others known and unknown to the Grand Jury, did unlawfully and knowingly use and maintain a place located at 2535 Reed Grass Way, Colorado Springs, Colorado, for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 9

From a time unknown up to and including on or about March 3, 2017, in the State and District of Colorado, the defendant, YURIEM GARCIA-HERNANDEZ, and others known and unknown to the Grand Jury, did knowingly and intentionally manufacture 50 plants and more of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 10

From a time unknown up to and including on or about March 3, 2017, in the State and District of Colorado, the defendant, CLAUDIA GONZALEZ-CAMEJO, and others known and unknown to the Grand Jury, did unlawfully and knowingly use and maintain a place located at 13120 River Falls Terrace, Colorado Springs, Colorado, for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 11

From a time unknown up to and including on or about March 22, 2017, in the State and District of Colorado, the defendant, BARBARITA ADAN-MOLINA, and others known and unknown to the Grand Jury, did unlawfully and knowingly use and maintain a place located at 12490 South Lauppe Road, Yoder, Colorado, for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 12

From a time unknown up to and including on or about March 22, 2017, in the State and District of Colorado, the defendant, BARBARITA ADAN-MOLINA, and others known and unknown to the Grand Jury, did knowingly and intentionally manufacture 100 plants and more of marijuana, a Schedule I controlled substance.

5

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii).

## COUNT 13

On or about March 22, 2017, in the State and District of Colorado, the defendant, BARBARITA ADAN-MOLINA, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 14

From a time unknown up to and including on or about March 22, 2017, in the State and District of Colorado, the defendant, MARIA SANTANA, and others known and unknown to the Grand Jury, did unlawfully and knowingly use and maintain a place located at 8564 Champie Road, Peyton, Colorado, for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 15

From a time unknown up to and including on or about March 22, 2017, in the State and District of Colorado, the defendant, MARIA SANTANA, did knowingly and intentionally manufacture 50 plants and more of marijuana, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **COUNT 16**

On or about March 22, 2017, in the State and District of Colorado, the defendant, MARIA SANTANA, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## **Forfeiture Allegation**

1. The allegations contained in Counts One through Seventeen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Counts One through Seventeen of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vii), (b)(1)(D), and 856(a)(1) and (b), the defendants, PEDRO HERNANDEZ-ADAN, JOSE CARLOS GARCIA-MONTERO, YURIEM GARCIA-HERNANDEZ, CLAUDIA GONZALEZ-CAMEJO, JOSE DIEGO GONZALEZ,

BARBARITA ADAN-MOLINA, MARIA SANTANA, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to, a money judgment in the amount of proceeds obtained by the defendant.

     3.     If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property.

              A TRUE BILL

              <u>Ink signature on file in Clerk's Office</u>
              FOREPERSON

JASON R. DUNN
United States Attorney


By: <u>s/Garreth Winstead</u>
GARRETH WINSTEAD
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail: Garreth.Winstead@usdoj.gov

9